**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **InVivo Therapeutics Holdings Corp.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4528166** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1500 District Avenue** <br> **Burlington, MA 01803** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.invivotherapeutics.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **InVivo Therapeutics Holdings Corp.**                                    Case number (if known) _____
        Name

**7.**  **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5417

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | **InVivo Therapeutics Holdings Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **InVivo Therapeutics Corporation** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Delaware** | When **2/01/24** | Case number, if known **24-10137** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **InVivo Therapeutics Holdings Corp.**
_____    Case number (*if known*) _____
Name

**16.  Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **InVivo Therapeutics Holdings Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2024**
MM / DD / YYYY

**X** **/s/ Richard Christopher**                          **Richard Christopher**
Signature of authorized representative of debtor        Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Matthew B. McGuire**                    Date **February 1, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Matthew B. McGuire**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 467-4400**      Email address   **mcguire@lrclaw.com**

**4366 DE**
Bar number and State

DocuSign Envelope ID: 64C809F6-1A2E-4F32-A7E8-058IC5BDF3F2

**InVivo Therapeutics Holdings Corp.**

**Authorization for Filing Voluntary Petition Under**
**Chapter 11 of the Bankruptcy Code and Related Matters**

The undersigned Directors of the Board (the "Board") of InVivo Therapeutics Holdings Corp., a Nevada corporation (the "Company"), hereby adopt the following resolutions (the "Resolutions"):

**WHEREAS**, a Special Meeting of the Board was held on January 31, 2024;

**WHEREAS**, the Board has considered the financial and operational conditions of the Company;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, employees, other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is

**FURTHER RESOLVED**, that the members of the Board and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the retention Sonoran Capital Advisors, LLC ("Sonoran") and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Sonoran as the Company's financial advisor; and it is

**FURTHER RESOLVED**, that the retention of Landis Rath & Cobb LLP ("Landis Rath & Cobb") and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Landis Rath & Cobb as the Company's restructuring and bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the retention of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale") and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Wilmer Hale as the Company's special corporate counsel; and it is

**FURTHER RESOLVED**, that the retention of SSG Advisors, LLC ("SSG") and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain SSG as the Company's investment banker; and it is

**FURTHER RESOLVED**, that the retention of Kurtzman Carson Consultants LLC ("KCC") and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain KCC as the Company's notice and claims agent; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the Authorized Persons or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned have executed this resolution as of the date first written above.

/s/

C. Ann Merrifield, Chair

/s/

Richard Toselli, M.D., Director

/s/

Christina Morrison, Director

/s/

Richard J. Roberts, Ph.D., Director

/s/

Robert J. Rosenthal, Ph.D., Director

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INVIVO THERAPEUTICS CORPORATION, *et al.*,[1] | Case No. 24-_____ (___) |
| Debtors. | |

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>001-37350</u>.

2.  The following financial data is the latest available information and refers to the Debtors' condition on <u>September 30, 2023</u>.

    a.  Total assets                                 <u>$9,584,000.00</u>

    b.  Total debts (including debts listed in 2.c., below)     <u>$666,000.00</u>

    c.  Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | <u>N/A</u> |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: InVivo Therapeutics Corporation (6670) and InVivo Therapeutics Holdings Corp. (8166).  The Debtors' mailing address is 1500 District Avenue, Burlington, MA 01803.

    d.   Number of shares of preferred stock    <u>0               </u>

    e.    Number of shares common stock    <u>3,105,466    </u>

Comments, if any: <u>There are 2,380,394 warrants outstanding as of February 1, 2024.</u>

    3.   Brief description of debtor's business: <u>The Debtors are a research and clinical-stage biomaterials and biotechnology company with a focus on treatment of spinal cord injuries.</u>

    4.   List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: <u>Brice Foose           </u>

Fill in this information to identify the case:

| Debtor name | InVivo Therapeutics Holdings Corp. |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARE-MA Region No. 59, LLC One Kendall Square - Bldg 1400 Cambridge, MA 02139 | cjakubowski@are.com | Lease | | $54,527.00 | $0.00 | $54,527.00 |
| Nasdaq Office of General Counsel 805 King Farm Boulevard Rockville, MD 20850 | ndqbilling@nasdaq.com | Trade Debt | | $49,500.00 | $0.00 | $49,500.00 |
| Thrive 25 Forbes Blvd, Suite 3 Foxboro, MA 02035 | BillingDepartment@thrivenetworks.com | Trade Debt | | $18,659.58 | $0.00 | $18,659.58 |
| Say Communications 85 Willow Road Menlo Park, CA 94025 | billing@saytechnologies.com | Trade Debt | | $11,703.21 | $0.00 | $11,703.21 |
| Continental Stock Transfer & Trust Co. One State Street Plaza, 30th Floor New York, NY 10004 | billing@continentalstock.com | Professional Services | | $3,698.14 | $0.00 | $3,698.14 |
| Solium Capital LLC 58 South River Drive, Suite 401 Tempe, AZ 85281 | Billing-MSatWork@MorganStanley.com | Trade Debt | | $2,500.00 | $0.00 | $2,500.00 |
| WCG Clinical, Inc. dba: WCG IRB LLC. 212 Carnegie Center Ste 301 Princeton, NJ 08540 | ar@wcgclinical.com | Trade Debt | | $334.00 | $0.00 | $334.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INVIVO THERAPEUTICS CORPORATION, *et al.*,[1] | Case No. 24-_____ (___) |
| Debtors. | (Joint Administration Pending) |

### CONSOLIDATED STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1), 1007(a)(3), AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (each, a "Debtor") hereby state as follows:

1.      The mailing address of Debtor InVivo Therapeutics Holdings Corp. ("InVivo") and its subsidiaries is 1500 District Avenue, Burlington, Massachusetts 01803.

2.      As of the Petition Date, InVivo has only common outstanding stock and no corporation owns 10% or more of its stock.

3.      Debtor InVivo Therapeutics Corporation is a wholly owned subsidiary of InVivo.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: InVivo Therapeutics Corporation (6670) and InVivo Therapeutics Holdings Corp. (8166).  The Debtors' mailing address is 1500 District Avenue, Burlington, MA 01803.

{1394.001-W0074066.}

# United States Bankruptcy Court
## District of Delaware

In re  InVivo Therapeutics Holdings Corp.

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Akita Partners, LLC**<br>**187 Dorado Beach East**<br>**Attn: Tim Beckett**<br>**Dorado, PR 00646** | | **163** | **Warrant** |
| **Alberto Berrocales**<br>**6618 Stardust LN**<br>**Orlando, FL 32818** | | **200** | **Warrant** |
| **Alkesh R Patel & Jyoti Patel**<br>**JT TEN**<br>**5749 CAPILANO DR**<br>**San Jose, CA 95138-2364** | | **1** | **Common Stock** |
| **Alpha Capital Anstalt**<br>**Lettstrasse 32, 9490 Vaduz**<br>**Liechtenstein** | | **17,000** | **Warrant** |
| **ALTA PARTNERS LLC**<br>**29 Valentines Lane**<br>**Attn: Steven Cohen**<br>**Old Brookville, NY 11545** | | **2,110** | **Warrant** |
| **Amiel Kornel**<br>**664 ELIZABETH ST**<br>**San Francisco, CA 94114-3230** | | **1** | **Common Stock** |
| **Andrew H Kaufman**<br>**277 PARK AVE**<br>**New York, NY 10172-0003** | | **1** | **Common Stock** |
| **Andrew Smukler**<br>**110 Brooks Bend**<br>**Princeton, NJ 08540** | | **6,000** | **Warrant** |
| **Ann Merrifield**<br>**48 West Cedar Street**<br>**Boston, MA 02114** | | **146** | **Warrant** |
| **Armistice Capital Master Fund, Ltd.**<br>**305 West 72nd Street, Apt 7D**<br>**Attn: Jay Bautista**<br>**New York, NY 10023** | | **1,794,425** | **Warrant** |

Sheet  1 of 13 in List of Equity Security Holders

In re: **InVivo Therapeutics Holdings Corp.** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Balance Account for Unexchange Shares of UNX4, UNX3, UNX2, UNX1 New York, NY 10004** | | **277** | **Common Stock** |
| **Beth L Gottshall 9225 INDEPENDENCE WAY Fort Myers, FL 33913-7076** | | **1** | **Common Stock** |
| **Bigger Capital Fund, LP 175 W Carver St Huntington, NY 11743** | | **5,455** | **Warrant** |
| **BJI FINANCIAL GROUP INC 111 Sandalwood Drive Marlboro, NJ 07746** | | **1,120** | **Warrant** |
| **Brian Kirby & Mona Kirby 888 BRIARWOOD RD Newtown Square, PA 19073-2620** | | **1** | **Common Stock** |
| **Brio Capital Master Fund, Ltd. 100 Merrick Rd, Suite 401W Rockville Centre, NY 11570** | | **12,500** | **Warrant** |
| **Brittany Cairns 22 LIBERTY DR UNIT 5L Boston, MA 02210** | | **1** | **Common Stock** |
| **Cede & Co 570 WASHINGTON BLVD Jersey City, NJ 07310-1617** | | **3,105,126** | **Common Stock** |
| **Craft Capital 377 Oak Street, Suite 402 Attn: Richard Rizzuto Re: Alta Partners Garden City, NY 11530** | | **2,173** | **Warrant** |
| **Craft Capital 377 Oak Street, Suite 402 Attn: Richard Rizzuto Re: Cyberbahn Federal Solutions Garden City, NY 11530** | | **480** | **Warrant** |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.**                    Case No. _____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: First Fire Globalopp Fund LLC**<br>**Garden City, NY 11530** | | **200** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: Garfield Samuels**<br>**Garden City, NY 11530** | | **360** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: Geisha Alomar**<br>**Garden City, NY 11530** | | **880** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: Howard Edelman**<br>**Garden City, NY 11530** | | **80** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: IBH Capital**<br>**Garden City, NY 11530** | | **300** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: Loren Estad**<br>**Garden City, NY 11530** | | **400** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: RBC Julie Zoellin IRA**<br>**Garden City, NY 11530** | | **640** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: RBC Matt Fowles Roth IRA**<br>**Garden City, NY 11530** | | **292** | **Warrant** |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.**                     Case No. _____
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: RBC Thomas J Guerin IRA**<br>**Garden City, NY 11530** | | **1,208** | **Warrant** |
| **Craft Capital**<br>**377 Oak Street, Suite 402**<br>**Attn: Richard Rizzuto**<br>**Re: Robert Bea**<br>**Garden City, NY 11530** | | **480** | **Warrant** |
| **CVI Investments, Inc.**<br>**101 California Street, Suite 3250**<br>**c/o Heights Capital Management**<br>**San Francisco, CA 94111** | | **20,000** | **Warrant** |
| **D Stanley Rubenstein**<br>**3900 Montclair Road**<br>**Birmingham, AL 35213** | | **88** | **Warrant** |
| **DAVID D SHIVELY REV DYNASTIC TRUST**<br>**116 Westbluff Ct**<br>**Bakersfield, CA 93305** | | **50** | **Warrant** |
| **Dawson James**<br>**101 North Federal Highway, Suite 600**<br>**Re: JJL Capital Corp**<br>**Boca Raton, FL 33432** | | **127** | **Warrant** |
| **District 2 Capital Fund LP**<br>**175 W Carver St**<br>**Huntington, NY 11743** | | **5,455** | **Warrant** |
| **Douglas P Kaufman**<br>**33549 WOODLEIGH RD**<br>**Cleveland, OH 44124-5264** | | **1** | **Common Stock** |
| **EDWARD J SKLANKA TTEE SUSAN SKLANKA TTEE**<br>**82 Goodwin Circle**<br>**Hartford, CT 06105** | | **80** | **Warrant** |
| **Edward Robinson**<br>**2231 W ENTRADA TRAIL UNIT 102**<br>**Saint George, UT 84770** | | **1** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re: __InVivo Therapeutics Holdings Corp._____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GOLDEN VALLEY TAX SERVICES LLC**<br>**1193 Live Oak Blvd**<br>**Yuba, CA 95991** | | **80** | **Warrant** |
| **Gregory Yeadon**<br>**Mariposa Gibbes Hill**<br>**Gibbes St Peter, Barbados** | | **192** | **Warrant** |
| **Gustavo Rodrigo III**<br>**9710 SW 14th Street**<br>**Miami, FL 33174** | | **420** | **Warrant** |
| **H.C.Wainwright & Co.**<br>**430 Park Avenue**<br>**Attn: Charles Worthman**<br>**New York, NY 10022** | | **1,233** | **Warrant** |
| **H.C.Wainwright & Co.**<br>**430 Park Avenue**<br>**Attn: Craig Schwabe**<br>**New York, NY 10022** | | **4,136** | **Warrant** |
| **H.C.Wainwright & Co.**<br>**430 Park Avenue**<br>**Attn: Mark Viklund**<br>**New York, NY 10022** | | **19** | **Warrant** |
| **H.C.Wainwright & Co.**<br>**430 Park Avenue**<br>**Attn: Michael Vasinkevich**<br>**New York, NY 10022** | | **78,950** | **Warrant** |
| **H.C.Wainwright & Co.**<br>**430 Park Avenue**<br>**Attn: Noam Rubinstein**<br>**New York, NY 10022** | | **54,139** | **Warrant** |
| **HAROLD S GAULT & EVELYN GAULT**<br>**JTWROS**<br>**2549 N MOUNTAIN AVE**<br>**Claremont, CA 91711-1545** | | **1** | **Common Stock** |
| **HAROLD S GAULT & EVELYN GAULT**<br>**JTWROS**<br>**2549 N MOUNTAIN AVE**<br>**Claremont, CA 91711-1545** | | **1** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:   **InVivo Therapeutics Holdings Corp.** _____   Case No. _____
                                           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Henry D. Banaszek**<br>**2502 Walnut Knob CT**<br>**Kinwood, TX 77345** | | **400** | **Warrant** |
| **Hudson Bay Master Fund Ltd.**<br>**777 Third Avenue, 30th Floor**<br>**Attn: George Antonopoulos**<br>**New York, NY 10017** | | **10,910** | **Warrant** |
| **Intracoastal Capital, LLC**<br>**245 Palm Trail**<br>**Delray Beach, FL 33483** | | **34,598** | **Warrant** |
| **James E Bragg**<br>**1932 Wellington Road**<br>**Los Angeles, CA 90016** | | **110** | **Warrant** |
| **James P Kelly**<br>**9204 69TH AVE**<br>**Forest Hills, NY 11375-5818** | | **1** | **Common Stock** |
| **James Ringer**<br>**32 RICHARD SOMERS RD**<br>**Granite Springs, NY 10527-1120** | | **1** | **Common Stock** |
| **John Dowling**<br>**50 Holly St**<br>**Yonkers, NY 10704-2814** | | **1** | **Common Stock** |
| **John F Kelly**<br>**9204 69TH AVE**<br>**Forest Hills, NY 11375-5818** | | **1** | **Common Stock** |
| **John M O'Connor**<br>**8434 CORCORAN RD**<br>**Willow Springs, IL 60480-1666** | | **1** | **Common Stock** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: BJI Financial Group**<br>**New York, NY 10004** | | **520** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: Colpetto Capital LLC**<br>**New York, NY 10004** | | **280** | **Warrant** |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.** _____     Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: DOMINION CAPITAL LLC**<br>**New York, NY 10004** | | **40** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: JJL CAPITAL**<br>**New York, NY 10004** | | **127** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: JOHN C LOWE**<br>**New York, NY 10004** | | **4** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: MARIA BECKETT**<br>**New York, NY 10004** | | **8** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: Matthew M. Bogust**<br>**New York, NY 10004** | | **180** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: Misthos Investment Group LLC**<br>**New York, NY 10004** | | **100** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: North Woods Capital**<br>**New York, NY 10004** | | **200** | **Warrant** |
| **Joseph Gunnar**<br>**30 Broad Street, 11th Floor**<br>**Re: TMB Pacific Global LLC**<br>**New York, NY 10004** | | **1,000** | **Warrant** |
| **Joyce Fensterstock**<br>**WESTWOOD PARTNERS**<br>**37 PHEASANT HILL RD**<br>**Weston, CT 06883-2437** | | **1** | **Common Stock** |
| **Katrin Holzhaus**<br>**655 COLUMBIA ST, #308**<br>**San Diego, CA 92101** | | **1** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.**                    Case No. _____
_____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KBB Asset Management**<br>**253 West 73, Apt 4C**<br>**Attn: Steven Segal**<br>**New York, NY 10023** | | **8,473** | **Warrant** |
| **Kelso Neal**<br>**223 PROSPECT ST**<br>**Lawrence, MA 01841-2831** | | **1** | **Common Stock** |
| **Kevin M. Cartmell**<br>**168 Aspen St**<br>**Floral Park, NY 11001-3432** | | **1** | **Common Stock** |
| **L1 Capital Global Opportunities Master F**<br>**135 East 57th Street, Level 23**<br>**Attn: Yujie Qiao**<br>**New York, NY 10022** | | **16,450** | **Warrant** |
| **Lawrence R. Brandon IRA**<br>**910 SE 14th Street**<br>**Deerfield Beach, FL 33441** | | **400** | **Warrant** |
| **Lind Global Macro Fund, LP**<br>**444 Madison Avenue, Floor 41**<br>**New York, NY 10022** | | **125,520** | **Warrant** |
| **Manish Gupta IRA**<br>**858 SW 17th ST**<br>**Boca Raton, FL 33486** | | **240** | **Warrant** |
| **MARGARET M CARTMELL CUST**<br>**TIMOTHY R CARTMELL UNDER THE**<br>**NY UNIF TRANS MIN ACT**<br>**168 ASPEN ST**<br>**Floral Park, NY 11001-3432** | | **1** | **Common Stock** |
| **Margaret M. Cartmell**<br>**168 Aspen St**<br>**Floral Park, NY 11001-3432** | | **1** | **Common Stock** |
| **Matthew M Bogust**<br>**2300 Alice Ann Rd**<br>**Thousand Oaks, CA 91320** | | **200** | **Warrant** |
| **Mayra C. Vazquez Roth IRA**<br>**16247 SW 83rd Lane**<br>**Miami, FL 33193** | | **240** | **Warrant** |

List of equity security holders consists of 13 total page(s)

In re:  __InVivo Therapeutics Holdings Corp._____    Case No. _____
                                                  Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael J Turillo Jr<br>1708 CASEY KEY RD<br>Nokomis, FL 34275-3370 | | 1 | Common Stock |
| NFS LLC CUST ROTH IRA<br>FBO MICHAEL B. STEPHENS<br>499 WASHINGTON BLVD<br>Jersey City, NJ 07310-1995 | | 1 | Common Stock |
| O C A CONSTRUCTION INC<br>(AN ILLINOIS CORPORATION)<br>8434 CORCORAN RD<br>Willow Springs, IL 60480-1666 | | 1 | Common Stock |
| ORLANDO E SANTA CRUZ SEP IRA<br>10831 NW 48th LN<br>Doral, FL 33178 | | 504 | Warrant |
| OTA LLC<br>One Manhattanville Road<br>Attn: Vinny DiGeso<br>Purchase, NY 10577 | | 32,907 | Warrant |
| Patricia Sorbara<br>14 Wood Hollow Lane<br>Fort Salonga, NY 11768 | | 73 | Warrant |
| Patricia Winter<br>159 Jennings Road<br>Cold Spring Harbor, NY 11724 | | 876 | Warrant |
| Patrick J. Cox<br>412 SCENIC OAK DR<br>Moore, SC 29369 | | 1 | Common Stock |
| R.F. Lafferty & Co., Inc.<br>40 Wall Street, 19th Floor<br>Attn: Operations<br>Re: Ann Totten<br>New York, NY 10005 | | 200 | Warrant |
| R.F. Lafferty & Co., Inc.<br>40 Wall Street, 19th Floor<br>Attn: Operations<br>Re: Henry Joe<br>New York, NY 10005 | | 300 | Warrant |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.**  Case No. _____
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **R.F. Lafferty & Co., Inc.**<br>**40 Wall Street, 19th Floor**<br>**Attn: Operations**<br>**Re: John Villano**<br>**New York, NY 10005** | | **300** | **Warrant** |
| **R.F. Lafferty & Co., Inc.**<br>**40 Wall Street, 19th Floor**<br>**Attn: Operations**<br>**Re: Robert Heidenreich**<br>**New York, NY 10005** | | **300** | **Warrant** |
| **R.F. Lafferty & Co., Inc.**<br>**40 Wall Street, 19th Floor**<br>**Attn: Operations**<br>**Re: Robert Preston B. Family Trust**<br>**New York, NY 10005** | | **300** | **Warrant** |
| **RALPH SCHLENKER & & DONNA**<br>**SCHLENKER JTWR**<br>**244 Northwoods Road**<br>**Hanhasset, NY 11030** | | **88** | **Warrant** |
| **RBC CAPITAL MARKETS LLC CUSTODIAN**<br>**THOMAS**<br>**20 Red Oak Lane**<br>**Cortlandt Manor, NY 10567** | | **1,452** | **Warrant** |
| **RFMF PARTNERS LLC**<br>**730 Intracoastal Drive**<br>**Ft Lauderdale, FL 33304** | | **364** | **Warrant** |
| **Richard Christopher**<br>**38 Sunset Rock Road**<br>**Andover, MA 01810** | | **146** | **Warrant** |
| **Richard Toselli**<br>**1052 E Shore Road**<br>**Jamestown, RI 02835** | | **146** | **Warrant** |
| **Robert B. Baker**<br>**87 PONTE VEDRA BLVD**<br>**Ponte Vedra Beach, FL 32082-1311** | | **2** | **Common Stock** |
| **Robert Cartmell**<br>**168 Aspen St**<br>**Floral Park, NY 11001-3432** | | **1** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.** _____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Langer**<br>**98 Montvale Road**<br>**Newton Center, MA 02459** | | **3,420** | **Warrant** |
| **S.H.N Financial Investments Ltd.**<br>**8 Abba Even Blvd, Entrance B, Floor 4**<br>**Attn: Meytal Purvin**<br>**Herzeliya, Israel 46733-0000** | | **4,300** | **Warrant** |
| **Sabby Volatility Warrant Master Fund Ltd**<br>**1000 Wilshire Blvd, Ste 850**<br>**ATTN: Client Settlement Wedbush Securiti**<br>**Los Angeles, CA 90017** | | **99,739** | **Warrant** |
| **Scott F Ansell**<br>**2983 Preserve Landing Dr**<br>**Jacksonville, FL 32226** | | **50** | **Warrant** |
| **Spencer Trask Investment Partners LLC**<br>**1700 E PUTNAM AVE STE 306**<br>**Old Greenwich, CT 06870-1370** | | **1** | **Common Stock** |
| **ST Neuroscience Partners LLC**<br>**C/O SPENCER TRASK & CO**<br>**1700 E. PUTNAM AVE. STE 306**<br>**Old Greenwich, CT 06870-1366** | | **9** | **Common Stock** |
| **STOURBRIDGE INVESTMENTS LLC**<br>**700 Summit Road**<br>**Union, NJ 07083** | | **144** | **Warrant** |
| **SW Financial**<br>**2850 North Federal Hwy, 4th Floor**<br>**Attn: John Orlando**<br>**Re: Gary Nicolay**<br>**Lighthouse Point, FL 33064** | | **304** | **Warrant** |
| **SW Financial**<br>**2850 North Federal Hwy, 4th Floor**<br>**Attn: John Orlando**<br>**Re: Moses Douglas**<br>**Lighthouse Point, FL 33064** | | **99** | **Warrant** |
| **SW Financial**<br>**2850 North Federal Hwy, 4th Floor**<br>**Attn: John Orlando**<br>**Re: William Tuberville**<br>**Lighthouse Point, FL 33064** | | **1,002** | **Warrant** |

List of equity security holders consists of 13 total page(s)

In re: __**InVivo Therapeutics Holdings Corp.**_____    Case No. _____

_____**Debtor(s)**_____

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TD AMERITRADE CLEARING INC CUST FBO HAROLD S GAULT - IRA ATTN CAGE PO BOX 2226 Omaha, NE 68103-2226** | | **1** | **Common Stock** |
| **The Hewlett Fund LP 100 Merrick Road - Suite 400W Rockville Centre, NY 11570** | | **4,000** | **Warrant** |
| **Thomas Michael Walsh 9 Penobscott Way Andover, MA 01810** | | **100** | **Warrant** |
| **Troy E Jones 2959 GARONA DR Hacienda Heights, CA 91745** | | **1** | **Common Stock** |
| **Vincent G Scott 9196 QUAIL RIDGE LN Park City, UT 84098** | | **1** | **Common Stock** |
| **WARBERG WF IX LP 716 Oak St Attn: Jonathan Blumberg Winnetka, IL 60093** | | **600** | **Warrant** |
| **WAYNE EQUITIES LLC 6737 Pisano Drive Lake Worth, FL 33467** | | **200** | **Warrant** |
| **WENDY S FLATH IRA 7081 PINECREST Park City, UT 84098-5388** | | **1** | **Common Stock** |
| **William M Strawbridge 11 GRACEFUL ELM CT Spring, TX 77381-4832** | | **1** | **Common Stock** |
| **William M Zolleni 4553 Lincoln Road Yuba City, CA 95993** | | **120** | **Warrant** |

List of equity security holders consists of 13 total page(s)

In re:  **InVivo Therapeutics Holdings Corp.**                              Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

     I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 1, 2024**                              Signature  **/s/ Richard Christopher**
                                                                   **Richard Christopher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 13 total page(s)

**Fill in this information to identify the case:**

Debtor name    **InVivo Therapeutics Holdings Corp.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    **Consolidated Statement of Corporate Ownership Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2024**     X **/s/ Richard Christopher**
                                           Signature of individual signing on behalf of debtor

                                           **Richard Christopher**
                                           Printed name

                                           **Chief Financial Officer**
                                           Position or relationship to debtor